The State of Oklahoma an CI CIVIL SUEK

AND JIMMY Lamont Stone is filing

FRAUD, Racketeer AND RACIAL, Discrimination, cHarge's

— privacy act claim's V.S.

EBAY, MicRoSoft, president OBAMA, CFPB, FEMA, —

→ president, TRUMP, an His SON'S Donald JR, an ERIC TRUMP,

an BlackStone; —

NOW COMING ONNOBLE JUDGE,

IN 2004 - 2007 - 2016 - 2021 THis is Falken

ABOUT THE INTREST of PRESIDENT TRUMP,

Client, MY SELF, AN MY CONSTITUTIONAL CLAIM AN

liberty INterest, Sandin V. CONNER OKLAHOMA City OK,

HAD ME leaving up UNDER A DUBBLE STANDERD

CASE LAW file, AN HOLDEN MY RECORD'S FROM STATE,

TO STATE AN THERE RULE'S leaven UNDER THE

OEPARTMENT of JUSTICE DO TO A CRIMINAL CONVICTION

FROM 2004 - COMING OUT IN 2007 - 2008 SENTENCE WAS

IMPROPERLY ENTEREO AN SHOULD HAVE BEEN RESOLVED

ON direct TIME, of ME COMING OUT FROM THE 2004

CASE TO 2007 - 2008 I WAS JUMP IN JAIL AN SENT

TO THE Hospitel, WITH BRAIN DAMMAGE I MY SELF IS

SHOWING EXTRAORDINARY AN EXCEPTIONAL CIRCUM:

ORLANDO COUNTY FL, JAIL, AN WAS EMOTIONAL DISTR.

CIV 22 87 G

FILED

JAN 31 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

EMOTIONAL DISTRESS AN CONTENTED HAVING LEAVING UP UNDER A DUBBIE STANDERD CASE LAW FROM 2004 AN RULES FROM 2007 SO WHEN I GOT BRAIN DEAMMED FROM ORLANDO FL COUNTY JAIL I FAIL UNDER A NEW LAW 2007 AN RULES THAT I COULDNT STATE BY A (DAY-CARE) OR A PARK, I WAS NOT ~~UNDER THE~~ NOT UNDER THAT LAW IN 2004 FROM THE CASE I HAD ONLY UNTEL I CAME OUT IN 2007-2008. I FALL UNDER THAT 2007 LAW IT WAS SAID I COULD ~~STAYS~~ AT MY GRANDMOTHER HOUSE AT FIRST THEN I, HAD TO MOVE, BECAUSE A SCHOOL, THEN I COULD ~~ooooo~~ STAY, BUT I HAD TO FIND ME SOME WERE TO MOVE IN 8 DAYS BUT I HAD TO ~~ooooo~~ STAY DO ~~TO THAT~~ ADMINISTRATIVE PROCEDURES ACT, MUST BE USED SO THAT LOCK ME, BACK UP AT ~~THAT~~ TIME THAY MADE ME CONTASE THAT SOMETHING WHICH WAS DUBBIE JAPPER IF I DIDNT I WOULD GET ~~LIFE~~, SO I DID WHAT WAS SAID TO MY MOTHER, AN GRANDMOTHER, TAKE ~~THE~~ TIME.

SO THAT PUT ME AT CONFLIC WITH THET

TIME AN DOING MORE TIME AN MADE MY

WEBSIT get GET FRAUDED ON AN PUT MY MONEY

IN LIMBO AT CFPB client intrest

All $17Billion plue NOW THAT MADE ME goo

GO BACK AN GET MY APPROVED PRISON OFFICIAL

MAY SubStantially Restrict THE property INMATES

MAY possess. 953 [B]ut WHEN INMATE ARE AFFORDED

THE opportunity . . . to possess property they

ENJOY A protected INTEREST IN THE property that

CANNOT BE INTRINGED without due process 954

Because THE SUPREME COURT'S decision IN ̶C̶a̶s̶e̶

SANDIN V. CONNER ADDRESSED deprivation of

prisoner liberty, it should not be APPLICABLE TO

deprivation's of property. 955. PROPERTY RIGHT are

ALSO protecteD by THE ̶f̶i̶f̶t̶h̶ AMENDMENT, which

STATE; "... [N] OR SHALL private property be taken

FOR public use without Just COMPENSATION THE

Qustion is we knew Microsoft create Skype, or Black Barry, an Microsoft didn't. Neither. Because it was sold for $17Billion an were was skype, an Black Barry created in McAlester o.s.p. now what Status is the interest of the client. President Trump was is talken about. My record from CFPB.

This provision has rarely been applied in prison cases. 957 property restrictions or confiscation that are done for reasons of security or prison administration are considered to be exercies of the "police power" or similar to a statutory forteiture, neither of which is one considered a "taking" of property the proper defendant's in privacy act cases are federal agencies, not individual agency employees. 958 privacy act claim are governed by a two-year statute of limitations that run from the time of the alleged violation or the plaintiff's discovery of its not from

not be applicable to deprivation of property

955

Property right are also protected by the Fifth Amendment. an prison's which State's ... [N] or shall private property be taken "(for public use without just compensation)" 956 "This provision has rarely been applied in prison case. 957 Property restriction or confiscations that are done for reason of security or prison administration are considered to be exercises of "police power", similar to a statutory forfature, neither of which is considered a taking of property/Fraud an embozalment by ebay sealling skype, to Microsoft SEE Razzoli v. Federal Bureau, of Prisons, MISS, propitiated funds, but performing some actions, but not telling CFPB, that there is account Set up for a man, name Jimmy Lamont Stone, when he call sent his records an how to get them from those Bank's that's set up for them, so that fraud

FROM subsequent decision based on the INACCURATE records.

Privacy act claim alleging the INACCURACY of record on which a prisoner's criminal conviction. sentence, or 943, 944, 945, 946, 947, 948, 949, 950, 951, / pag 399 PARTICULAR DUE PROCESS ISSUES (399) Release, date calculation is based may be barred by the rule that challenges to the fact or duration of continement may not be challenged in a civil action until the relevant decision has been directly overturned or challenged through a Habeas corpus proceeding. 952

## Property

PRISON officials may substantially restrict the property inmate's may posses. [B]ut cotton inmates are afforded the opportunity... to posses property. Skype Black Barry / CTPB they enjoy a protected interest in that property that cannot be infringed without due process" 954 Because the Supreme court's decision in Sandin v. CONNER addressed deprivation of prisoner liberty, it should

THIS LATER IS FOR THE GOVERMENT AN FOR THE PRESIDENT TRUMP AN MYSELF IN 2006-2007 THIS IS A RECORD OF $28 BILLION DOLLARS PAPER TRAIL WAS SENT FROM ME ON THE BEHALF FOR BUSINESS AN THAT WAS SENT TO ATLANTA GA FROM THE CORRECTIONS TO THE STATE AN TO BY THE SUNTRUST BANK THAT SHOULD HAVE COME ACROSS THE NEWS THAT IT WAS UP FOR SEAL SO I SENT THE MONEY THERE AN TO THAT NOTE I SENT THE MONEY ON THAT BEHALF THAT THERE MAY BE SOME SCANDLE THAT MAY GO ON I MUST KEEP A RECORD OF A BAG UP ACCOUNT OF THAT NOT NOW WHEN PRESIDENT TRUMP COME IN HE WONTED TO DRAIN MY BANK ACCOUNTS WHICH HE SAID TO THE NEWS THAT WAS A SWAMP SO I SENT THE MONEY THERE TO THAT STATE FOR THE BANK AN TO DO BUSINESS IN ATLANTA GEORGA, SINCE THATS THE ONLY STATE THATS DEAL WITH BLACK ON BUSINESS MINORTYS I MADE THE DATA BOX FOR SPENSE AN COME UP WITH PUTTING THE CHIP IN THE CRIDA CARDS WE NOW HOLD TO DAY IN EVERY STATE EVERY BODY CRIDA CARD NOW WE AS PEOPLE TEN TO LOOK OVER THING AS IF YOU CAN NOT BAG THOSE THANGS UP BUT IT IN ATLANTA GEORGA BUT PRESIDENT TRUMP WAS SHOWING HOW CORRUPT AN DISHONEST THE GOVERMENT IS O JOE BIDEN YOU WAS WITH OBAMA AT THAT TIME NOW I AM THE ONE THAT PUT $600 MILLION UP FOR TRUMP TO BE IN OFFICE AS PRESIDENT NOW HE HAS RECORD OF THAT IF ...

ONE that He Hold that RECORD copy of of THOSE 34 BANK accounts that's Attach's to CFPB

CONSUMER FINANCIAL PROTECTION BUREAU AN out of that record I Lat $800 million to be UISE AN INVASTED by HIS SON'S DONALD TRUMP JR AN ERIC TO DO Business THE thing IS that How can you'll give someone access to MY personal files JOE Biden Because you was IN office when OBAMA WAS IN office your scandles Democracy THE FAX IN THE truth AN you wonder why There AS BEEN ATTACK on the capitol what Kind of Nation IS this you say but I can't access MY own personal files From you or Donald TRUMP, Jr them AN what did you All INVAST IN with MY $800 million AN what IS MY account Number AN what IS it looked like AS it come back From you All AN ARE you All Just satting on MY Money sence MY files Been open to you All TRUMP, AN OBAMA It was said you All INVASTED INTO some

apartment's now the innocence of integrity
an lieing an stillers of my money/account's
an the inbolzolment an the respate of the
Business of the goverment Civil right action
against state and locali official, and private
see has went down now what people will do
they will do my atithenocation an record's/ot
Skype/account's now what people will do they
will do on there on ratter, you tell them not to
do it, or not there likes you tell Eve, not to bit,
that apply she did it any way people are going to
do what they wont to do look at washington Dc
Janurary 6 an the fraud of my record and account
The thing I will say that my money has been
In 17 other countree's Also ATLANTA Ce Ce president
Trump find that also my BlackBarry Business,
Stock at BlackStone Envastment money all the
way to my cosino, In LosVages now my record of
privit file's on the mata an CVS store's In

ATlANTA cole THAT I pAID for Through A priviT
priisen because I Red tthe federiell Hand Book
Now we Knowtis my money ATTAcH to 287
Bank Record of AWAReNess To 2016 morgan cHase
to trijing to open up or tryed to make me go
Bankrute An We Know.

Homeland security Investigations
National IPR Coordination Center
2451 CrysTAl Drive stop 5105
Arlington VA 20598-5105
DOC RECORD's www. LATANYA.GRAHAM@DOC.OK.gov

LARRY KINCE JR, FROM ON CBS. TAKE OUT. $140Million

FROM $50Million Dollar FROM THE Bitcoin ACCOUNT

THAT WAS INBOZOLMENT. CBS will NOT SAY ANY thing

OR TALK ABOUT THAT, THAT's WHY He got PAIRED MY

RECORD MY RECORD of SENDING THAT $28Billion

FROM ME to ATLANTA GeorGeA IS IS A PROVE RECORD

of MY MONEY ACCOUNT, THAT IS to STOW THAT I AM

NOT INGORANT, OR ELITERITE, AT ALL TO THE

DISCRIMINATION THAT WAS $28 Billion Dollar you

can't HID THAT. AT ALL it should BE ON RECORD

AT THAT STATE TREASURE THEY should HAVE THAT

ON RECORD. of RECOVERD MONEY that should BE ON

RECORD NOW PRESIDENT TRUMP CAN PROVE THAT

HIS WAS PROTACTING HIS client RECORD AN INTRISE

HIS JOB THAT IS WHAT He WAS DOING THAT WAS

BUSINESS, NOW He didN't NEED to HID ANYthing AT

ALL Because it's All ON RECORD He Also SPOCK

about the $28Billion form THE SSI, THEN come

From Oklahoma Record now my intellectual
Right are on record from the prison an it all
on computer way to Atlanta Georga, State.
Treasure, State recovered it on record of Skype
an BlackBarry to BlackStone it all on record
from OSP McAlister corraction an Holden Cell max
corraction also the healthcare Marijiwana
record it all on the record/www.omegaskypetv.com
Back page inbox an that Bitcoin But my
investment not for Obama, but my investment
what I don't get is why thay can find all the
people in the world doing fraud from the record
But thay couldn't find the fraud that Happen to
me I know Black life's don't matter to them and
my credibility because if it did then I would Be
able to get my money in my bank record accounts
from the fraud seal of it. what is it thay
didn't want to say is that a Black man Made
Skype, an BlackBarry. In a prison that can call

McALISTER CORRATION BUY IT WAS TRACK ON

By EBAY. MY WEBSITE SKYPE WAS SOULD FOR

$17 BILLION THAT AN BLACK BARRY I MADE

$2 BILLION FROM BLACKBARRY please LOOK it up

MY MONEY at it PUBLICATION THAT REPORTS AN

it HAVE MY NAME ON it THEM ON THE STATE

AN FEDERAL register KNOW AS CFPB.

NOW WHEN I MADE THE WEBSITE I HAD A

INMATE to SIGN HIS NAME JUST becovse of

THE FRAUD THAT go ON HIS NAME IS INMATE

CAMPBELL IN 2004

FOR ME PRESIDENT TRUMP KNOW THE MAIN of

CORRUPT AN it THERE POLITICAL POLLUTION AN

THAY STILL WILL PRESIDENT TRUMP,

JUST to SAY WE HAVE ONE THAT SEEN

THROUGH ARE CORUPT AN Hidden A JINDER
AN SEEN AN FIND WERE THE RECORD IS AN HAS
A YOUNG MAN IS Willing to publish AN SPECIFIC
DETAILED IN REGULATION OF PUBLICATION OF THAT AN
THOSE REPORTS AT HAND it All APPEARS ON RECORD
for president TRUMP TO SPECIFIED it ALL
OUT STATE, AT HAND'S HAVE SOMETHING TO SAY ABOUT
it AT ALL, AN THOSE ORGANIZATION'S THERE NOT
TRYING TO GIVE HIM ANY BREATHING ROOM THOSE
COURT'S to IDENTITY ADDITIONAL RECORD
to Help HIM AN MY SELF, AN to find out WHO ALL
HAS SOMETHING to do WITH MY MONEY LEGISLATIONAL
WHITE CALLER CRIME'S AN POSSIBILITY OF Hearden
A JINDER LIKE THAT OF TOLD THE RECORD OF THE
HEALTHCARE INVASTMENT AN KEYSTONE pipeline
OIL MONEY, I AM THE SECOND OWNER OF THE
COCA BROTHER OIL pipeline FOR LIFE. I MADE
UNDER THE TIME OBAMA WAS IN OFFICE ALSO OBAMA
TAKE OUT $100 Billion TAKEN OUT OF MY MONEY RECORD

(6)Account, Am An Business off owner to deel with ROSSIN, BECAUSE they wonted WALMARK STORE, But Iam the one that take $9Billion, out to deel with they, ROSSIN MUSLAM for food, THERE WAS A deel that was made $48 Billion that come From there to my RECORD Account, I Had to give them $64 Billion BACK An I made $72 Billion that why An then the State of CHICAGO was BANKRUTE An needed $48 Billion Dollar, that was taken out From the $11 trillion From the Dait box seal AMERICA, needed that was soul From ME to AMERICA, that when president TRUMP was talken About He was going to drained the SWOMP. But the FedaruL told Him that was not a SWOMP. I take out from that BANK account An give the $64 Billion real fast to get that $72 Billion thats when I begin deeling with CANADA, NOW at that time I been deeln with oil, An House, MANTON Now at that time there was knon one wonting to deel with INVASTING into Business with OBAMA that Veto Him 59 time AN was going to INPEACH Him thinking that we new each other but didnt so I INVASTED my money into public

(7) PURPOSE to get a return but all I got out of my money is FRAUD an inbozilment of my account. The tearure total, Donald Jr Trump, a Eriqe Truma, when into my account. THE oversight Intrise Donald Trump was talken about protacting now the is Hidden a Jinder an BACK door GAME, lie's about my account, an all I Get is prison continedment by the government protitting Institutions an capitula District, Distrust, territorie RESEARCH, responsibility RESEARCH no new or news latter's for the said record CFPB. to my said ADDRESS (1901 N. PAGE OKLAHOMA City 73111) AN No REPRESENTATIVE of my accounts Investment from them or about my money account in the begin Melissa Fulten Tulsa Bank. Bankfirst of Keystone pipeline Record also CFPB was made by (OBAMA) his Hidden Agender with know BANK address by any BANK you to president Trump, what Intrise an who Intrise you was whichtting Trump. no there you go president Trump finding the other Record of money in ATLANTA GEORGA, The $128 Billion like my ⟶

(8)

GRANDFATHER HEAD ANSWERS ALWAYS SAID JIMMY NEVER PUT ALL YOUR (EGGS) IN ONE BASKET. PRESIDENT TRUMP SAID HE WAS WATCHING OVER HIS CLIENT INTRACSE WHAT THAT HIS TALK,EN ABOUT WHO IS HIS CLIENT BECAUSE HE HAS RECORD'S OF THOSE BANK ACCOUNT'S BECAUSE I KNOW THERE IS THE $800 MILLION HIS SON'S GOT OUT OF MY BANK ACCOUNT'S FROM CFPB AN TAMPERING WITH FEDARUL RECORD'S THAT WHAT, THAT IS MY ACCOUNT. I WAS NOT UNDER ANY INVASTERGATION AN THAT IS THE RECORD THAT YOU HAVE OF MINE JIMMY LAMUNT STONE AN I HAVE NOT DID ANYTHING WRONG TO GET IT AN IT MY MONEY NOW LAT TALK ABOUT THE $28 BILLION THAT WAS SENT TO (ATLANTA GEORGIA) FROM ME TO KEEP AN ASTABLISHED A RECORD ACCOUNT. OF MY MONEY THAT ACCOUNT CAN'T BE HID IT TO BY THE BANK AN SUNTRUST BANK'S AN TO KEEP A RECORD OF MY ACCOUNT BECAUSE PRISEDANK TRUMP WONT RECORD OF IT ALL MOM DIDNT RAISE KNOW FOOL HE HAS TAKE OUT MONEY

FROM those 34 Bank accounts from consumer

financial protection bureau that attach's to

THE 34 Bank accounts his son's would MORGAN chase

WAS going to open up 287 Bank an was going to try

to make me go Bankrut I complan about my record

account, so the statue of limstion would an has not

run out at that time an the intrance record is an

WAS in Trump hand at that time an still is that

WHY obama created CFRB consumer financial

protection bureau either to still or hold on to people

money the people. So if you don't give someone

there money thats call inbazolment a fraud an fema,

white an Blue caller cram, business leader know

that what you call it, remeber that each civic

organization has it's own it a prioxities deeling

with other people money, 2004 to 2022 this are

thing that the goverment dont want to talk about

I HAVE A PAPER TRAIL OF MY RECORD ABOUT THE $28 BILLION I HAVENT SAID ANYTHING OBAMA ABOUT THE $28 BILLION I PUT INTO OIL, AN GAS, THAT DOWN IN WYNNEWOOD OKLAHOMA OBAMA, THE PLACE YOU WANTED TO INVAST IN FOR AMERICA AN THAY TOLD YOU KNOW, OR THE DOT-CA STILL IN OMAHA, THAT STILL WAS PAID FROM THE RISSIAN NOW, NOW POLITICALLY IN 1991 PRESIDENT GEORGE BUSH SEAT ON THE NATION'S HIGHT COURT, THE SUPREME COURT OF THE UNITED STATE Judge CLARENCE THOMAS REPLACE THE RETIRING LIBERAL JUSTICE THURGOOD MARSHALL, WHAT WOULD THAY SAY ABOUT THIS PRESIDENTIAL ACT AN REVIEW RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS, UNITED STATE PENAL INSTITUTION, CIVIL RIGHT ACT, RACIAL DISCRIMINATION CLAIMS AN DAMAGES ACTIONS AGAINS STATE AN FEDERAL OFFICIALS AND court CONTRACTORS SAID WEBSIT SKYPE AN Black BARRY ACCOUNT MCALISTER CORRECTION'S HoldenVILL CORRACTION AND SAID INMATE JIMMY LAMONT STOKE, WITH WOULD DR, M2K SAY, M2 KING

THAT Bloomberg account, record an BlackStone, record account, that, Morgan Chase talk about, the thing is that, $28 Billion Io put into the America air plain I have them maken an the other $11.500 Billion is there in ATLANTA GC, To by suntrust Bank now those record the thince is that they know at the time under OBAMA there was know oversight there was a failure To have oversight until MORGAN CHASE come out my money was in $17 other countris an with BlackStone, but they tryed to hid that with the cosino, that's mine. AN they say something about Deomestic. terrosism, you got to think about all the other countis my money, an the hands that OBAMA WAS In who was they. Why is Joe Biden so much ward about ATLANTA GC Because that other half

THAT RECORD OF MINE IS THAT THAT IS BILLIARD. NOW

THAT HAD ME LEAVING UP UNDER A DUBBLE

STANDERD CASE LAW FROM AN DUBBLE JAPPERD

FROM 2004 AN THE RULE'S OF THAT JUMP, TO

2007 RULE'S CHANGE SO WHEN I GOT BRAIN,

DEAYMEG FROM ORLANDO FL. COUNTY JAIL, I FOR

FORGOT EVERYTHING AN

FALL UNDER A NEW LAW RULE'S 2007 VAILATION'S

IN WHICH YARA, I, GOT THAT TIME, I WAS ALREADY

UNDER WAS THE 2004 RULE'S LAW. ALSO THE NEW

LAW RULE'S AN THEM PUTTING ME BACK IN SO FAST

IT GOT MY, WEBSIT SKYPE AN BLACK BARRY,

FRAUDED, ON AN GOT SOUL OFF AT THAT TIME,

THAY PUT ME BACK IN JAIL, KNOW LATE THEM 8,

DAYS WITH A MENTAL HEATH VIOLATION MY

EIGHTH AMENDMENT  IN 2008 AN 2009 I HAD

TO FIGHT THEM ALL OVER AGAIN, ON THE SAME CASE

LAW WHICH WAS SAYED I CAN STAY AT MY

GRANDMOTHER HOUSE BUT COULDN'T STAY, BUT HAD

TO FIND ME A PLACE, TO STAY, BUT I HAD TO STAY,

but I couldn't, but I had to stay, at the same time that made me go all the away through Lexington all over again so that give ebay time to seal my website off to Mccosoft an I had brain deammec an all that so that put my money in limbo, at cfpb all $17Billion plues now I got to go back an make my record approved for the goverment to see what happen I got jump an have a brain anindrizizem what was there for me to do at that time, it says no person shall be to answer for a capital or otherwise intamous crime unless on a presentment or indictment of a Grand Jury except in case arising in the land or naval forces or in the militia when in actual service in time of war or public danger; nor shall any person; be subject for the same offence to be twice put in jeopardy of life or limb nor shall be compelled in any criminal case to be a witness against himself nor be deprived of life, liberty, or property without due process of Law: nor shall private property be taken for public use without just compensation Amendments

12

They discriminated on me do to my mental state. As a issue but that racse, an cruel an unusual punishment to take those website's an us them as there your with know confersation so there should be someone responsible for there action's th violate the professional judgment becouse I was borderline under personality disordered brain damage mentaly-ell under a depression state of mind defect completely unlimited discretion to determine punishment violated the state constitution (5) amendment Liberty, or property THE supreme court upheld the Lower court's ruling in June 1997 in Reno v. Aclu [31] the court's nearly unaimous opinion was a broad affirmation of free-speech right in cyberspace arguing that the internet was more analogous to print media then to television. And thus even indecent material an the internet was entitled to

THAy discriminated do to my MENTAL State AS A Issue, AN my Educational Back ground so I most Isle, the Right Business do to me not know were the money is at all then most be put in it to Oklahoma an my self find out were it's at.

Suing the Right Defendant In Civil
Rights action

i. Privacy act The Federal Privacy act requires
Federal agencies to keep accurate records
concerning Individuals and to respond to requests
To correct errors. and provides for civil
suits to enforce these requirements. or to
recover damages for adverse determinations
based on Inaccurate record, under limited
Circumstances. other Civil Right Statutes
There are several civil right Statutes besides §
1983 that are sometime Invoked by prisoners or
Those that has been In prison's Beck v. Laflue
257 F.3d 764, 766 (8th Cir. 2001 (prisoner must Allege
defendant's personal Involvement or Responsibility
for constitutional violations to State 1983 Claim
Armstrong v Squadrito 152 F.3d 564, 581 (7th Cir. 1993)

("individual wrongdoing" must be shown):

Colon v. Coughlin, 58 F.3d 865.873 (2d Cir 1995).

Ebay soul Skype off for $17Billion
an BlackBarry Skype. was soul off to
~~Microsoft~~ an BlackBarry someone else/CFPC.
Microsoft

There has been one important exception to

the personal involvement requirement.

Courts have allowed prisoner's to keep

high-level supervisors as defendants. even

without evidence of personal involvement,

for purposes of discovery to determine who

the proper defendant are, See, e.g,

Satchell v. Dilworth, 745 F.2d

Amendment 5 nor shall private property ~~be taken~~

~~for~~ public use with just compensation,

amendment excessive bail shall not, be, ~~nor~~ required.

nor excessive ~~find~~ imposed, nor cruel and unusual

punishment inflicted, and Equal, protection right.

A. 42 U.S.C. §§ 1981 AND 1982: Racial Discrimination Claims Section 1981 provides that all persons must have the same rights "to make and enforce contracts to sue, be parties, give evidence, and to the full and equal benefit of all law and proceeding for the security of persons and property as is enjoyed by white citizens. And shall be subject to like punishment pain, penalties, taxes, licenses, and exactions of every kind, and to no other." It adds that "the term make and enforce contracts includes the making, performance, modification and termination of contracts. And the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship" [105] Unlike 42 U.S.C. § 1983, § 1981 applies to the conduct of private persons, in addition to person acting under color of state law. [106]

This statute is rarely of use to prisoner because it is limited to claim involving racial discrimination in the making and enforcement of contracts and few prisoner claim are of this sort.[108] If you did have such a claim against prison personnel you could pursue it under § 1983 which addresses any claim of racial discrimination done under color of state law. In general anything a prisoner can get under § 1981 she or he can also get under § 1983.[109] The comments in this section generally also apply to 42 U.S.C § 1982 which prohibits racial discrimination with respect to the right to "inherit, purchase, lease, sell hold and convey real and personal property" and which is interpreted similarly to 1981.[110] Since Congress amended 1981 in the ~~civil~~ civil Right act of 1991 courts have split as to whether there is now a private action directly under 1981

To First Amendment protection personal property i. 42 U.S.C. § 1983: Civil Right action against State and Local official and privat contractors (CFPB Consumers Financial Protection Bureau)" AN "FEMA"

Most prisoner civil right suit are brought under 43 U.S.C § 1983 which provides every person who under color of any statue, ordinance regulation custom, or usage, of any State or Territory or the District of Columbia, subject or causes to be subjected any citizen of the United State or other person within the jurisdiction thereof to the deprivation of any rights privileges or Immunities secured by the constitution and laws shall be liable to the party injured in an action at law, suit in equity or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section any act of congress

APPLICABLE exclusively to the District of columbia shall be considered to be A Statue of The District of columbia.

Not so but the State of WASHINGTON DC/ c&o B president OBAMA,/ president DONALD TRUMP AN His sons DONALD JR TRUMP, AN ERIC TRUMP, In plain Englsh, this means that anyone whose right under the constitution or federal Statute have been Violated by State or local official can sue Those official under §1983 A plaintiff, suing under 1983 must allege two "ELEMENTS s. type, AN the Department of CORRACTION'S"

Suing the Right Defendants In Civil Right Action's

Individual Defendants : CAUSATION AND PERSONAL INVOLVEMENT under §1983/2664-2022 only A person who "subjects, or causes to be subjected" the plaintiff to a deprivation of Right can be Held Liable, The doctrine of respondent superior. which makes an employers Automatically responsible for the ~~wrong~~ wrong doing of employees. does not Apply under §1983

141

THE MEANS THE WARDEN OR SUPERINTENDENT OR COMMISSIONER CANNOT BE HELD LIABLE FOR EVERY ILLEGAL ACT THAT TAKE'S PLACE IN JAIL OR PRISON THE PLAINTIFF MUST SHOW THE PERSONAL INVOLVEMENT OF EACH DEFENDANT IN CAUSING A VIOLATION OF HER OR HIS RIGHT THE PERSONAL INVOLVEMENT REQUIREMENT APPLIES THE HEALTHCARE MEDICAL RECORDS OF THE 100 BILLION OBAMA TAKE OUT, RECORD ON NEWS CBS QUESTIONAIRE OF THAT. MONEY TO BOTH PARTY'S

A. 42 U.S.C §§ 1981 AND 1982. RACIAL DISCRIMINATION CLAIM SECTION 1981 PROVIDES THAT ALL PERSON'S MUST HAVE THE SAME RIGHT "TO MAKE AND ENFORCE CONTRACTS, to SUE BE PARTIE'S GIVE EVIDENCE, RECORDS AND TO THE FULL AND EQUAL, BENEFIT OF all LAWS AND PROCEEDING FOR THE SECURITY OF PERSON'S INTR, i.e. AND PROPERTY AS IS INJOYED BE WHITE DONALD JR TRUMP, AN ERIC TRUMP, CITIZENS, AND SHALL BE SUBJECT TO LIKE PUNISHMENT PAINS, PENALTIES, TAXES, LICENSES, AND EXACTIONS OF EVERY KIND AND TO NO OTHER" IT ADDS THAT "THE TERM MAKE AND ENFORCE CONTRACTS INCLUDES THE MAKING, PERFORMANCE MODIFICATION AND TERMINATION OF CONTRACTS, AND THE

Enjoyment of all benefits, privileges terms, and conditions of the contractual relationship"[105] unlike 42 USC §1983 §1981 applies to the conduct of private persons, in addition to persons acting under color of state law

This statue is rarely of use to prisoners because it is limited to claims involving racial discriminations in the making and enforcement of contracts[107] And few prisoner claim are of this sort.[108] If you did have such a claim against prison personnel you could pursue it under §1983 which addresses any claim of racial discrimination done under color of state law in general anything a prisoner can get under 1981 she can also get under §1983 The comments in this section generally also apply to 42 U.S.C s1982 which prohibits racial discrimination with respect to the right to inherit, purchase, lease sell hold and convey real and personal property, and which is interpreted similarly to 1981

THE UNITED STATES SUPREME COURT IS THE HIGHEST COURT IN THE LAND. ONE IT HAS RULED THERE IS NO OTHER COURT TO GO TO HOWEVER. ADVERSE DECISION OF THE SUPREME COURT CAN BE CHANGED BY FEDERAL STATUTE AS LONG AS THEY DO NOT INVOLVE INTERPRETATION OF CONSTITUTION THE SUPREME COURT'S CONSTITUTIONAL DECISIONS CAN BE CHANGED ONLY BY CONSTITUTIONAL AMENDMENT OR BY THE SUPREME COURT'S CHANGING ITS MIND AND OVERRULING ONE OF ITS OWN DECISION'S THE SUPREME COURT'S JURISDICTION IS DEFINED BOTH IN THE CONSTITUTION[20] AND BY FEDERAL STATUTE[21] IN RARE CASES. THE SUPREME COURT HAS "ORIGINAL" JURISDICTION OVER A CASE BYPASSING THE DISTRICT COURT AND CIRCUIT COURT. HOWEVER MOST CASES GET TO THE SUPREME COURT BY WAY OF WRIT OF CERTIORARI, WHICH THE COURT HAS DISCRETION TO GRANT, & DENY THE SUPREME COURT TAKE CASES INVOLVING FEDERAL LAW ISSUES BOTH FROM THE FEDERAL COURT'S OF APPEALS AND FROM THE STATE'S HIGHEST COURTS. PROCEEDING IN THE SUPREME COURT ARE GOVERNED BY THE RULES OF THE UNITED STATE SUPREME COURT WHICH ARE PUBLISHED IN THE U.S. CODE AND IN COMPILATION. OF FEDERAL COURT RULES DECISION OF THE SUPREME COURT ARE REPORTED IN THE UNITE STATE REPORTS (US) SUPREME COURT REPORTER

(2, ED and 2.ED.2D) Judicial — Court practice is discussed further in another chapter

## THE STATE COURTS

Each state has it own court system the names and Jurisdiction of state courts differs from state to state, so we can't provid a description that will cover them all. A typical state court system is that of Michigan, or Washington. Dc. there the two lowest courts are district courts and probate courts. District courts handle misdemeanor prosecutions and preliminary examination in felony cases, search and arrest warrant and civil case involving claim for relatively small sum of money. Probate courts handle juvenile prosecution. they also handle case of parental abuse or neglect and child custody cases other then those arising out of divorce or paternity action probate courts handle the affairs of children an mental incompetents.

case from district court, and probate court are appealed to the circuit court, circuit courts also handle felony prosecutions divorce, paternity action injunction mandamus and civil case involving claim over $25,000 like that of consumer financial protection bureau and that of skype, an Black Berry, the 34 bank accounts.

cases from circuit courts may are taken to the state courts of appeals, and from there to the supreme court of Michigan some case may then be reviewed by the US supreme court, if they involve a substantial federal question and meet the criteria for supreme court review

ADMINISTRATIVE AGENCIES government in the united state and in each state is divided into three branch: legislative, executive, and judicial, administrative agencies are ~~created by the state local or federal statute, like that of fema~~ part of the executive branch and are under the authority of the governor, mayor, or the president, however, administrative agencies usually act independently of the governor, mayor or president in their day to day operations administrative agencies are created by state, local, or federal statute. the statute defines the jurisdiction of the agency like that of fema, and CFPB. what it powers are and what it is supposed to do with those powers in many cases, administrative agencies may be taken to court to force them to comply with the statutes that govern them.

President Georg Bush nominated forty-three-year-old Clarence Thomas to the nation's highest court in 1991. As Thomas was on the verge of conformation, Anita Hill a former Thomas Assistant, stepped forward to assert that he had made unwanted advances years earlier. Her charges nearly scuttled Thomas's nomination

The court's

After hearing arguments in two important 1995 cases related is issues of race. Thomas spoke fervently in the conference room of his own struggles with racial segregation and bigotry

The justices reported those events to their assistants, who spoke without attribution to a reporter. As Thomas saw it race based solutions ¿such as forcing whites and blacks to attend the same schools or giving african american special advantages in securing contracts or employment¿ are misdirected and harmful because the rest on the patronizing belief that blacks inherently inferior. The best solution, Thomas averred would be to ensure (equality)¿ of opportunity and to remove "government from the business of racial classifications. The constitution of the United State we the people Thomas declared should be ~~color~~

color-blind he casts, his votes accordingly. A single vote can make a difference. In both 1995 case, the justices split 5 to 4 with Thomas, in the majority as a result, the court curtailed the government's power to fashion remedies to racial discrimination in the name of equality and allowed more room for freedom to flourish[5] These cases and others have signaled a conservative shift in the court's ideological center.— a shift that is largely unaffected by representative (institutions) or majority rule.

Judge confront conflicting value in the cases brought before them. and in crafting their decision. Judges — especially supreme court justices — make policy. Their decisions ~~judges — especially supreme court justices~~ become the precedents other judges use to rule in similar cases. Judges make public policy to the extent that they influence decisions in other courts. This power of the courts to shape policy creates a difficult problem for democratic, theory. According to that theory. the power to make law reside only in the "people", or their elected representatives. When judges undo the work of elected majorities, they risk depriving the

people of the right to govern themselves. An managering there own business, businesses an finase's. Court rulings—especially supreme court rulings—extend far beyond any particular case. Now we know judges are students of the law, but they remain human beings like myself Jimmy Lamox of Stone they/we have/are their own opinions about the values of freedom, order and equality. and although all judges are constrained by statute's and precedents from expressing their personal beliefs in their decisions, some judge are more prone than other to interpret laws in light of those beliefs. Americas courts are deeply involved in the life of the country and its people. some courts, such as the supreme court, make fundamental policy decision vital to the preservation of freedom, order and equality. Though checks and balances, the elected branches link the courts to democracy. and the courts link the elected branches to the constitution. But does this arrangement work

It is emphatically the province and duty of judicial department, to say what the law is those who apply the rule to particular cases, H. Racketeer Influenced and corrupt organizations must, of necessity expound and interpret that rule ,,,,, if a law be in opposition to the constitution, if both the law and the constitution apply to a particular case, so that the court must either decide that case conformably to the law, disregarding the constitution: or conformably to the constitution, disregarding the law: the court must determine which of the power to cover these conflicting rules governs the case. This is the very essence of judicial duty The decision in Marbury v. Madison established the supreme court's power of judicial review — the power to declare congressional acts invalid if they violate the constitution." Subsequent cases extended the power to cover presidential acts as well Racketeer Influenced and corrupt organizations act (RICO) The Racketeer Influenced and corrupt organizations act (RICO) is not a civil right statute, but some prisoners have tried to use it as one usually without much

SUCCESS. RICO IS MAINLY A CRIMINAL STATUE

① EBAY, ② MICCROSOFT, OBAMA CFPB, FEMA,

② PRISEDENT OBAMA
④ PRISEDENT TRUMP AN HIS SON'S ⑤ DONALD JR AN
⑥ ERIC TRUMP OF SAID records CFPB.

⑥ BLACK STONE / Black barry

EBAY, AN HCCROSOFT ABOUT SKYPE

[12] 42 U.S.C §1997(AC) THE ATTORNEY GENERAL MAY BRING
SUIT FOR DAMAGE EQUITABLE relief OF SAID Bank record
ACCOUNTS AND ONLY TO ENSURE THE MINIMUM CORRECTIVE
MEASURES depriving INSTITUTION'S Resident of
the FEDERALLY protected Rights "PURSUANT TO A pattern
OF AN PRACTICE OF RESISTANCE to 42 U.S.C § 1997

42 U.S.C. § 1997 (THE PROVISION OF this subchapter shall
IN NO WAY EXPAND OR RESTRICT THE AUTHORITY OF PARTIES
OTHER THEN THE UNITED STATE TO ENFORCE THE legal
Right WHICH THEY MAY HAVE PURSUANT TO existing Law
WITH REGARD TO INSTITUTIONALIZED PERSON SEE U.S.
U.S. V. STATE OF OREGON

Racketeer INFLUENCED AN CORRUPT
ORGANIZATION'S                    TURN OVER.

Marshall expanded the power of the supreme court, to equal or exceed the power of the branch of government. Should a congressional act (or by implication a presidential act) conflict with constitution the supreme court claimed the power to declare the act void it, the Judiciary would not been check on the legislative and executive branche's consistent with the principle of checks and balances embedded in the constitution. Judicial (review₂) gave the supreme court, the final word on the meaning of the constitution. The exercise of judicil review – an appointed branch's checking of an elected branch in the name of consisution-appears to run counter to democratic theory, But in nearly two hundred years of practice, the supreme court has invalidated only about 150 provision of national law only a small number have had great significance for the political system." moreover, there are mechanism mechanism to override Judicial review (constitutional amendment)" and to control, the excesses of the justices" (impeachment which was said to OBAMA).

In addition, the court, can respond to the continuing struggle among competing interests (a struggle that is consistent with the pluralist model by reversing itself.

UNITED STATE

PENAL INSTITUTION

ORIGINAL THE WEBSIT SKYPE, AN BLACKBARRY,
WAS MADE FOR THE OKLAHOMA, AN THE NEW YORK
911-2001 BOMBING THE WEBSIT WAS MADE IN 2004,
FROM A INMATE NAME JIMMY LAMONT STONE IN
MCALISTER, CORRACTIONS THE WEBSIT HAS been frauded
ON AN EXPOSED, EXPLOITED AN EXPLOITARY BY THE EXPENSE of
ANOTHER. He was satting a plattform for his life. Satting
a principle for the next generation descenti
considerance to help the people, AN him self to
relations of many ESPECIALLY to, for victim that
suffer any harm this demand criminal PROSECUTION
referred to as civil violation as from a result from
others THE pattern of racketeering involvement. deprive
deprivation has been withhold from him of His collection
appropriate unite State district court, and shall recover
three fold the damages why he sustain and the cost of
the suit, 1985 (2) provide under title VII federal civil
right act, prisoner cant title criminal charges or demand
criminal prosecution However there are also provision
"(referred to a "civil RICO)" which that any person injured in his

business or property... by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court, and shall recover, threefold the damages he sustains and the cost of the suit.... Courts also can grant injunctions against RICO violation

There are very specific requirement for civil RICO suits which plaintiffs in prison case can only rarely meet. First, a plaintiff must show two or more predicate acts of racketeering activity "by the defendants: if these act do not meet the strict definition specified by the statute, there is no RICO claim The plaintiff must show an actual RICO violation, United State penal institution record was violated which usually involves some sort of unlawful debt, or debt collection activities or use of the funds obtained from them, or other pattern of racketeering activity skype  A civil RICO plaintiff must also show He I was injured Hawking in His business or property, by the RICO violation which courts have held means a Business or property injury recognized by the state law. Thus one court Held that a person who was falsely imprisoned as a result of a pattern of racketeering and or was therefore unable to work or to seek employment, was subjected to "intentional interference with contract and interference with prospective business relations torts

willing to extend this right for owner employment, which is generally not considered a property right Violations of right that do not involve injury to business, or property are not RICO violations.

Privacy act, the federal Privacy Act, requires federal agencies to keep accurate records concerning individuals and to respond to requests to correct errors. And provide for civil suit to enforce these requirements or to recover them an damages form adverse determination based on inaccurate records under limited circumstances. An the reason I sueing THE TRUMP family is to show that. His account entrist has been exploited Also tempers interfered an interrupted an I have know to do say about my accounts an to get to the bottom of it all I can't just blame on fault on one party that all held responsible record of it all. Because all had something to do with it all EVEN if it is just deeling with the website or Black Barry. that why I say Racketeering an the exploretation of it an I am establishing recognizen zation an considered Iam the one should be getting

paid for it, an my own or ever for my
or Access, Jimmy Lamont Stone, not know one else it,
the priceble of it all an it, the respect, an priceable,
an account ability

This is for the congartional corespondente an the
injustise not for just me, but for others that come
at after me an for other to knowtise the wrong an to
say something about it an speck up that you have
been done this or that way that's that,

Oklahoma Regional, Director, with get a copy of the said
information relating to this particular insurdent that.
Happen thank you. The arthentencation paperr copy
Once the Court determine the right district and Region then
the Court will give you your Proper Case Number and Assigno
you an attorney to represent you.
I am, afraid what a Obama, or Trump, they may do to
me,

Jimmy Lamont Stone

1901 NE page
Oklahoma City OK
73111